# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

In the Matter of the Search of

A USPS Priority Mail parcel with tracking number 9505 5214 7301 3123 0000 12 addressed to "Troy Waite, 1141 West 360 North #26, St. George, UT 84770" and containing the return address "CHEWY, 1113 S. Erie St, DePere, WI 54115"

Case Number: 13 m 626



TO: Any authorized officer of the United States:

## SEARCH AND SEIZURE WARRANT

TO: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property in the Eastern District of Wisconsin

A USPS Priority Mail parcel with tracking number 9505 5214 7301 3123 0000 12 addressed to "Troy Waite, 1141 West 360 North #26, St. George, UT 84770" and containing the return address "CHEWY, 1113 S. Erie St, DePere, WI 54115"

The person or property to be searched, described above, is believed to conceal: A quantity of a controlled substance, or other evidence of using the mail to facilitate the possession and/or distribution of a controlled substance in violation of title 21 U.S.C. Sections 841(a)(1), 843(b), and 844(a).

I find that the affidavit, submitted with the application, establishes probable cause to search and seize the person or property.

YOU ARE HEREBY COMMANDED to search on or before  5-20-13 , 2013
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge James R. Sickel.

Date and time issued  May 10, 2013; 10:20 a.m./p.m.

Judge's signature

City and state: Green Bay, Wisconsin

THE HONORABLE JAMES R. SICKEL
United States Magistrate Judge
Name & Title of Judicial Officer

# RETURN

| Case No. | Date and time Warrant executed | Copy of warrant and inventory left with: |
|---|---|---|
| 13 M 626 | May 10, 2013 2:00 p.m. | USPS |

Inventory made in the presence of
Matt Schmitz, U.S. Postal Inspector

Inventory of person or property taken and name of any person(s) seized:

1 USPS Priority Mail Small Flat Rate parcel with tracking number 9505 5214 7301 3123 0000 12
Containing:
1 bundle of U.S. Currency concealed with aluminum foil wrapping.
The U.S. Currency was counted and totaled $2600.00.

# CERTIFICATION

I swear under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/14/2013

_Derik M. Thieme_
(Executing officer's signature)

Subscribed, sworn to, and returned before me this date.

Derik M. Thieme, U.S. Postal Inspector
(Printed name and title)

5/14/2013
(Date)

_[signature]_
(U.S. Judge or Magistrate Judge)